**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CHARMAINE DONNA-MARIE COOKE,  :
:
                Plaintiff,  :      22-CV-2026 (GHW) (OTW)
:
              -against-  :      <u>**ORDER**</u>
:
CONSOLIDATED EDISON OF NEW YORK, INC.,  :
:
              Defendant.  :
:
:
------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      The Court interprets *pro se* Plaintiff's July 2, 2022 letter (ECF 12) as a request for an extension to either serve Defendant's or file an amended Complaint by September 22, 2022. This request is **GRANTED**.

      Defendant's request for an extension of time to file its answer until August 24, 2022 (ECF 13) is also **GRANTED**.

      Accordingly, the August 3, 2022 conference is adjourned to **September 13, 2022 at 10:00 am in Courtroom 20D, at 500 Pearl Street, New York, NY 10007**. The Clerk of Court is directed to mail a copy of this Order to *pro se* Plaintiff and file proof of service on the docket.

      **SO ORDERED.**

                                                                              *s/ Ona T. Wang*

Dated: July 15, 2022                                             **Ona T. Wang**
      New York, New York                                 United States Magistrate Judge