UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARMAINE DONNA-MARIE COOKE,

                        Plaintiff,

            -against-

CONSOLIDATED EDISON OF NEW YORK, INC.,

                        Defendant.

22-CV-2026 (GHW) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed Plaintiff's request for pro bono counsel for all purposes. (ECF 18, 22). This request is **DENIED** as premature and moot. On March 24, 2022, the Court ordered that this case be referred to the Mediation Program and ordered the Clerk of Court to attempt to locate pro bono counsel to represent Plaintiff at the mediation. (ECF 7).

The Court advises Plaintiff that there are no funds to retain counsel in civil cases and the Court relies on volunteers. Due to a scarcity of volunteer attorneys, a period of time may pass before counsel volunteers to represent Plaintiff. This Court will pause matters for **30 days** in order to see if counsel can be obtained. If an attorney volunteers, the attorney will contact Plaintiff directly. There is no guarantee, however, that a volunteer attorney will decide to take the case, and in such circumstances, Plaintiff will have to proceed with the mediation *pro se*.

The Clerk of Court is respectfully directed to close ECF 18 and serve a copy of this Order on the *pro se* Plaintiff.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: August 4, 2022
       New York, New York

**Ona T. Wang**
United States Magistrate Judge