UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMAINE DONNA-MARIE COOKE,<br><br>        Plaintiff,<br><br>-against-<br><br>CONSOLIDATED EDISON OF NEW YORK, INC.,<br><br>        Defendant. | 22-CV-2026 (GHW) (OTW)<br><br>**ORDER** |

**ONA T. WANG, United States Magistrate Judge:**

In light of the Court's referral to mediation (ECF 7), the initial case management conference scheduled for September 13, 2022 is adjourned sine die. (ECF 16).

Counsel for defendant is directed to inform *pro se* Plaintiff that the conference is adjourned. The Clerk of Court is respectfully directed to serve a copy of this Order on the *pro se* Plaintiff.

**SO ORDERED.**

Dated: September 13, 2022　　　　　　　　　　　　　*s/ Ona T. Wang*
   New York, New York　　　　　　　　　　　　**Ona T. Wang**
                    United States Magistrate Judge