**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
CHARMAINE DONNA-MARIE COOKE,

        Plaintiff,

        -against-

CONSOLIDATED EDISON OF NEW YORK, INC.,

        Defendant.
-------------------------------------------------------------x

22-CV-2026 (GHW) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

    Plaintiff's application is **DENIED**. (ECF 33). On March 7, 2022, the Court ordered that the case be referred to the Mediation Program and ordered the Clerk of Court to attempt to locate pro bono counsel to represent Plaintiff at the mediation. (ECF 7). The mediation shall proceed with counsel for mediation or *pro se*. The Court suggests that if an attorney volunteers to represent Plaintiff for mediation, *pro se* Plaintiff consider proceeding with counsel.

    The Clerk of Court is respectfully directed to serve a copy of this Order on the *pro se* Plaintiff.

**SO ORDERED.**

Dated: October 12, 2022
       New York, New York

                                        _s/ Ona T. Wang_
                                        **Ona T. Wang**
                                        United States Magistrate Judge