**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CHARMAINE DONNA-MARIE COOKE,

    Plaintiff,

    -against-

CONSOLIDATED EDISON OF NEW YORK, INC.,

    Defendant.
------------------------------------------------------------x

22-CV-2026 (GHW) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

    Defendant's request for an extension to file an Answer to Plaintiff's First Amended Complaint from October 17, 2022, to October 21, 2022, is **GRANTED**. *See* ECF 35.

    The Clerk of Court is respectfully directed to serve a copy of this Order on the *pro se* Plaintiff.

**SO ORDERED.**

Dated: October 24, 2022
    New York, New York

        *s/ Ona T. Wang*
        **Ona T. Wang**
        United States Magistrate Judge