```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CHARMAINE DONNA-MARIE COOKE,                    :
                                                :
                Plaintiff,                      :          22-CV-2026 (GHW) (OTW)
                                                :
        -against-                               :
                                                :          **ORDER**
CONSOLIDATED EDISON OF NEW YORK, INC.,          :
                                                :
                Defendant.                      :
                                                :
                                                :
-------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

On March 24, 2022, the Court ordered that the case be referred to the Mediation Program and ordered the Clerk of Court to attempt to locate pro bono counsel to represent *pro se* Plaintiff at the mediation. (ECF 7). In October of 2022, *pro se* Plaintiff filed a letter objecting to mediation and to pro bono counsel for mediation. (ECF 33 at 10-11). The Court denied Plaintiff's application and ordered that the mediation shall proceed either with counsel for mediation or *pro se*. (ECF 34).

*Pro se* **Plaintiff is directed to file a letter by March 14, 2023, on the status of mediation and why Plaintiff has not participated in mediation** *pro se* **or retained pro bono counsel for mediation.**

The Court will hold an in-person Status Conference on April 20, 2023, at 10:00 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

The Clerk of Court is respectfully directed to serve a copy of this Order on the *pro se* Plaintiff.

**SO ORDERED.**

Dated: February 14, 2023　　　　　　　　　　　　　　　　　　*s/ Ona T. Wang*
　　　　New York, New York　　　　　　　　　　　　　　　**Ona T. Wang**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge