UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CHARMAINE DONNA-MARIE COOKE,    :
:
          Plaintiff,    :      22-CV-2026 (GHW) (OTW)
:
     -against-    :
:      **ORDER**
CONSOLIDATED EDISON OF NEW YORK, INC.,    :
:
          Defendant.    :
:
:
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

      The Court is in receipt of *pro se* Plaintiff's letter to the court, dated March 13, 2023. (ECF 39). Counsel for Defendant is directed to meet and confer with Plaintiff and file a **joint** agenda for the status conference scheduled for **April 20, 2023, at 10:00 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007.** (ECF 38). Counsel for Defendant shall file the joint agenda by **April 13, 2023**.

      The Clerk of Court is respectfully directed to serve a copy of this Order on the *pro se* Plaintiff.

**SO ORDERED.**

                                                       *s/ Ona T. Wang*
Dated: March 15, 2023                                 **Ona T. Wang**
      New York, New York                United States Magistrate Judge