**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CHARMAINE DONNA-MARIE COOKE,

          Plaintiff,              22-CV-2026 (OTW)

          -against-              **ORDER OF DISMISSAL**

CONSOLIDATED EDISON OF NEW YORK, INC.,

          Defendant.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

      The Court held a Status Conference on May 25, 2023. At the conference, *pro se* Plaintiff orally moved for a voluntary dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). (*See* Transcript ECF __). Fed. R. Civ. P. 41(a)(2) authorizes a Court to permit a Plaintiff to voluntarily dismiss a complaint. *Jaskot v. Brown*, 167 F.R.D. 372, 373 (S.D.N.Y. 1996). Defendant did not oppose Plaintiff's motion. Plaintiff's motion is **GRANTED.**

      The case is hereby dismissed **without prejudice**; provided, however, that either party may apply by letter within **the fourteen-day period (i.e. by June 8, 2023) for restoration** of the action to the calendar of the undersigned, in which event the action will be restored. As also discussed at the conference, this fourteen day period has been provided for the *pro se* Plaintiff to avail herself of the Court's resources for *pro se* litigants, and to "change her mind" if she chooses to proceed with this case instead of bringing a new case in the future.

      The Clerk of Court is respectfully directed to serve a copy of this Order on the *pro se* Plaintiff.

**SO ORDERED.**

Dated: May 25, 2023                                *s/ Ona T. Wang*  
       New York, New York                    **Ona T. Wang**  
                                                          United States Magistrate Judge